No. 790. NATIONAL FLEXITIZED CORP. ET AL. *v.* FLEXITIZED, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Deane Ramey* for petitioners. *Robert J. Clerkin* for respondents.

No. 791. UNITED MINE WORKERS OF AMERICA *v.* PRICE ET AL., DBA ELKHORN COAL Co. C. A. 6th Cir. Certiorari denied. *Harrison Combs* and *M. E. Boiarsky* for petitioner. *Logan E. Patterson* and *James S. Greene, Jr.,* for respondents.

No. 792. MONTEREY COUNTY BUILDING & CONSTRUCTION TRADES COUNCIL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Louis Sherman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Allison W. Brown, Jr.,* for respondent.

No. 794. GEOLY ET AL. *v.* NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *William W. Kleinman* for petitioners. *Frank S. Hogan* and *H. Richard Uviller* for respondents.

No. 798. TACK ET AL. *v.* MELLON NATIONAL BANK & TRUST Co., TRUSTEE, ET AL. Sup. Ct. Pa. Certiorari denied. *Zeno Fritz* for petitioners. *Stephen E. Nash* for respondents.

No. 799. GORDON ET AL. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Paul T. Smith* for petitioners. *Edward W. Brooke,* Attorney General of Massachusetts, and *Gael Mahony* and *William B. Dockser,* Special Assistant Attorneys General, for respondent.